**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK

DATE ___6_/_14_/_11___

*(signature)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JORGE PUGA

DOCKET NO. 11-CV-412; SEC. P

VERSUS

JUDGE TRIMBLE

WILLIAM SHERROD

MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's application for federal writ of habeas corpus under 28 U.S.C. §2241 is **DENIED**.

THUS DONE AND SIGNED at _Alexandria_____, Louisiana, this _14th_ day of ___June_____, 2011.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE